Fill in this information to identify the case:
Debtor name: **Storage Media Group, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF CALIFORNIA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACCUTECH DATA SUPPLIIES, INC. 4284 Transport Street P.O. Box 6930 Ventura, CA 93006 | | Inventory purchases | Unliquidated Disputed | | | $291,031.70 |
| American Express P.O. Box 981535 El Paso, TX 79998 | | Business Loan | Unliquidated Disputed | | | $94,532.96 |
| Arlington (Carolina Wholesale) 560 W. Manville Street Compton, CA 90220 | | Purchases of inventory | Unliquidated Disputed | | | $240,157.90 |
| AZERTY (Esssendent) c/o Sam Grafton, Esq., Popper 225 W. 34th St., Suite 1316 New York, NY 10122 | | Inventory purchases | Unliquidated Disputed | | | $573,289.52 |
| COMPLETE BUSINESS SOLUTIONS GR 22 N. 3rd Street Philadelphia, PA 19106 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated Disputed | | | $97,263.78 |
| DIGITAL STORAGE, INC. 7611 Green Meadows Drive North Lewis Center, OH 43035 | | Purchases of inventory | Unliquidated Disputed | | | $690,909.72 |

Debtor **Storage Media Group, Inc.**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DLL FINANCIAL/SYNNEX**<br>1111 Old Eagle School Road<br>Attn: George Wright<br>Wayne, PA 19087 | | Inventory purchases | Unliquidated<br>Disputed | $734,584.72 | $0.00 | $734,584.72 |
| **Funders App LLC (60 Day Cap)**<br>3110 37th Ave, Suite 202<br>Long Island City, NY 11101 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated<br>Disputed | | | $116,607.45 |
| **GREEN FUND OF MANHATTAN, LLC**<br>c/o Reg. Agt BBF Partners, LLC<br>461 Van Brunt St., Suite 14A<br>Brooklyn, NY 11231 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated<br>Disputed | | | $42,061.00 |
| **JJ Bender, LLC**<br>457 Castle Ave.<br>Fairfield, CT 06825 | | Equipment lease | Unliquidated<br>Disputed | $145,885.64 | $0.00 | $145,885.64 |
| **ON DECK CAPITAL, INC.**<br>1400 BROADWAY, 25TH FLOOR<br>New York, NY 10018 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated<br>Disputed | | | $42,645.47 |
| **ON-LINE COMPUTER PRODUCTS, INC**<br>672 Pleasant Street<br>Norwood, MA 02060 | | Inventory purchases | Unliquidated<br>Disputed | | | $242,323.10 |
| **RESERVE FUNDING GROUP, LLC**<br>15 WEST 47TH STREET<br>SUITE 704<br>New York, NY 10036 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated<br>Disputed | | | $50,530.00 |
| **SAMSON HORUS**<br>90 JOHN STREET<br>New York, NY 10038 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated<br>Disputed | $62,200.00 | $0.00 | $62,200.00 |
| **SMART FUNDING CAPITAL**<br>160 PEARL STREET, SUITE 5<br>New York, NY 10005 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated<br>Disputed | | | $82,846.00 |
| **SPG ADVANCE, LLC**<br>1221 MCDONALD AVE.<br>Brooklyn, NY 11230 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated<br>Disputed | $84,210.50 | $0.00 | $84,210.50 |

Debtor **Storage Media Group, Inc.**　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SYNNEX CORP. 44201 Nobel Drive Fremont, CA 94538 | | Inventory purchases | Unliquidated Disputed | $161,685.45 | $0.00 | $161,685.45 |
| TORRO, LLC 5965 SOUTH 900 EAST SUITE 300 MURRAY, UT 84121 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated Disputed | | | $67,182.06 |
| U.S. Small Business Admin. Office of Disaster Assistance 14925 Kingsport Road Fort Worth, TX 76155 | | COVID Disaster Loan | Unliquidated Disputed | $150,000.00 | $0.00 | $150,000.00 |
| WEST COAST BUSINESS CAPITAL, L 116 Nassau Street, Suite 804 New York, NY 10038 | | Merchant Cash Advance - Loan against Accounts Receivable | Unliquidated Disputed | | | $99,130.00 |